

Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-071

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title
_____

      **Title of Work:**  Pine Cones Field Guide

## Completion/Publication
_____

      **Year of Completion:**  2013
      **Date of 1st Publication:**  September 08, 2013
      **Nation of 1st Publication:**  United States

## Author
_____

-      **Author:**  Kate Dolamore
     **Author Created:**  2-D artwork
     **Citizen of:**  United States

## Copyright Claimant
_____

     **Copyright Claimant:**  Kate Dolamore
       450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States

## Rights and Permissions
_____

     **Name:**  Kate Dolamore
     **Email:**  katedolamore@gmail.com
     **Address:**  450 Fontana Cir Apt 311
       Oviedo, FL 32765 United States

## Certification
_____

     **Name:**  David Denholm
     **Date:**  August 26, 2025
   **Applicant's Tracking Number:**  KD2025082601

# PINECONES



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-073

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Land Mammals of Louisiana |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | June 15, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kate Dolamore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kate Dolamore |
| | 450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kate Dolamore |
| **Email:** | katedolamore@gmail.com |
| **Address:** | 450 Fontana Cir Apt 311 |
| | Oviedo, FL 32765 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 26, 2025 |
| **Applicant's Tracking Number:** | KD2025082603 |

# · LAND MAMMALS of LOUISIANA ·



Red Fox · Chipmunk · Vole · River Otter · Swamp Rabbit · Black Bear · Beaver · Fox Squirrel · Mouse · Cottontail · Bobcat · Mink · Mole · Rat · Raccoon · White-tailed Deer · Spotted Skunk · Opossum · Gopher · Striped Skunk · Gray Squirrel · Long-tailed Weasel · Shrew · Coyote · Bat · Gray Fox · Ringtail · Flying Squirrel · Armadillo · Muskrat

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-469-437

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
December 02, 2025

## Title

| | |
|---|---|
| Title of Work: | Backyard Birds of Arkansas |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | May 12, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Kate Dolamore |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Kate Dolamore |
| | 450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Kate Dolamore |
| Email: | katedolamore@gmail.com |
| Address: | 450 Fontana Cir Apt 311 |
| | Oviedo, FL 32765 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | August 26, 2025 |
| Applicant's Tracking Number: | KD2025082602 |

# · BACKYARD BIRDS of ARKANSAS ·

